ACCEPTED
01-14-00768-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 12:11:07 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00768-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/20/2015 12:11:07 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 13-CR-3062
In the 405th District Court of
Of Galveston County, Texas

————————◆————————

ROBERT WAYNE ROLLINS
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

————————◆————————

APPELLANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLANT'S BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW APPELLANT, by and through his attorney of record on appeal, Kevin Stryker, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the Appellant's brief in this case, and, in support thereof, presents the following:

1. In the 405th District Court of Galveston County, Texas, in cause number 13-CR-3062 Appellant was convicted of Assault Causing Bodily Injury – Public Servant in *The State of Texas v. Robert Wayne Rollins*.

2. On August 28, 2014, the trial court sentenced Appellant to twenty-eight years' confinement in the Texas Department of Criminal Justice, Institutional Division (TDCJ), for the offense of Assault Causing Bodily Injury – Public Servant.

3. Appellant timely filed written notice of appeal on August 28, 2014.

4. Appellant's brief is due on July 20, 2015.

5. This is Appellant's final motion for extension of time to file Appellant's appellate brief on the merits.

6. A final extension of time in which to file the Appellant's brief is requested until July 27, 2015.

7. The facts relied upon to explain the need for this extension are:

The original court reporter in the case lost the only video entered into evidence at Appellant's trial, which was marked and entered at Appellant's trial as State's Exhibit #1. Recently, a DVD alleged to be State's Exhibit #1 was rediscovered and the trial court held a verification hearing on July 10, 2015 to determine whether the found video should be filed with this Court as State's Exhibit #1. On that day, Appellate counsel received a certified copy of the DVD now filed with this court as State's Exhibit #1. The DVD now filed with this Court as State's Exhibit #1 contained eight patrol videos, which Appellate counsel was required to review and incorporate into his appellate brief. Consequently, the requested extension of time is

necessary to permit the undersigned attorney to adequately finish preparing and filing Appellant's brief in light of the additional patrol videos contained in State's Exhibit #1.

8.    Appellant's motion for extension of time to file Appellant's brief is not made for purposes of delay but so that justice may be done.

WHEREFORE, Appellant prays that this Court will grant an extension of time until July 27, 2015 for the undersigned attorney to complete and file Appellant's brief in this case.

Respectfully submitted,
/s/ Kevin Stryker

_____

**KEVIN B. STRYKER**
Attorney for Robert Wayne Rollins
SBN: 24037565
2600 South Shore Blvd., Suite 300
League City, Texas 77573
Phone: 409-632-0212
Fax: 1-888-252-3033
Email: Strykerlawfirm@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing instrument has been served upon Rebecca Klaren, Assistant District Attorney, Galveston County District Attorney's Office, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

Rebecca.klaren@co.galveston.tx.us

/s/ Kevin Stryker

_____

**KEVIN B. STRYKER**
Attorney for Robert Wayne Rollins
SBN: 24037565
2600 South Shore Blvd., Suite 300
League City, Texas 77573

Phone: 409-632-0212
Fax: 1-888-252-3033
Email: Strykerlawfirm@gmail.com